**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DANIEL LUGO,

               Plaintiff,

v.                                                              Case No.: 6:21-cv-1346-WWB-EJK

PRYCO MOVERS INC,

               Defendant.

_____/

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case With Prejudice (Doc. 29).  United States Magistrate Judge Embry J. Kidd issued a Report and Recommendation (Doc. 32), in which he recommends that the motion be granted.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case With Prejudice (Doc. 29) is **GRANTED**.  The Court finds that the Settlement Agreement and Release of FLSA Claims (Doc. 29-1) is a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201–219.

3. The case is **DISMISSED with prejudice.**

4.  The Clerk is directed to close the file.


**DONE AND ORDERED** in Orlando, Florida on April 10, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record